```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 11068
   MICHAEL J DEDEAUX
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-2184


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 06/20/2007 and was confirmed 12/18/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/27/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG         .00             .00            .00
AMC MORTGAGE SERVICES      UNSECURED       NOT FILED             .00            .00
BANK ONE NATIONAL PLAZA    UNSECURED       NOT FILED             .00            .00
BANK ONE NATIONAL PLAZA    UNSECURED       NOT FILED             .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED             .00            .00
CHASE AUTO                 NOTICE ONLY     NOT FILED             .00            .00
COLUMBUS BANK & TRUST      UNSECURED       NOT FILED             .00            .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED             .00            .00
T MOBILE                   UNSECURED          421.40             .00            .00
FCNB MSTR TR               NOTICE ONLY     NOT FILED             .00            .00
H&F LAW                    NOTICE ONLY     NOT FILED             .00            .00
HSBC BSTBY                 NOTICE ONLY     NOT FILED             .00            .00
BROOKHILL APARTMENT TWN    UNSECURED         4385.55             .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED             .00            .00
NICOR GAS                  UNSECURED          910.13             .00            .00
NICOR GAS                  NOTICE ONLY     NOT FILED             .00            .00
PINNACLE FINANCIAL         UNSECURED       NOT FILED             .00            .00
RMI/MCSI                   UNSECURED         2600.00             .00            .00
RMI/MCSI                   UNSECURED       NOT FILED             .00            .00
RMI/MCSI                   UNSECURED             .00             .00            .00
RMI/MCSI                   UNSECURED       NOT FILED             .00            .00
RSHK/CBSD                  NOTICE ONLY     NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED          450.90             .00            .00
UNITED BILLING SERVICE     UNSECURED       NOT FILED             .00            .00
UNITED BILLING SERVICE     UNSECURED       NOT FILED             .00            .00
UNITED RESOURCE SYSTEMS    NOTICE ONLY     NOT FILED             .00            .00
UNITED RESOURCE SYSTEMS    NOTICE ONLY     NOT FILED             .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE    27787.20             .00            .00
CAPITAL ONE                UNSECURED         1803.39             .00            .00
AMC MORTGAGE SERVICES      NOTICE ONLY     NOT FILED             .00            .00
MIDWEST TITLE LOANS        SECURED VEHIC      800.00             .00          93.31
TRANSPORT FUNDING LLC      SECURED VEHIC    13677.89           92.53        1534.61

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11068 MICHAEL J DEDEAUX
```

```
ILLINOIS DEPT OF REVENUE FILED LATE           .00              .00             .00
ILLINOIS DEPT OF REVENUE FILED LATE           .00              .00             .00
BENNIE W FERNANDEZ       DEBTOR ATTY     3,073.00                           491.56
TOM VAUGHN               TRUSTEE                                            151.25
DEBTOR REFUND            REFUND                                                 .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  2,363.26

PRIORITY                                              .00
SECURED                                         1,627.92
    INTEREST                                       92.53
UNSECURED                                             .00
ADMINISTRATIVE                                    491.56
TRUSTEE COMPENSATION                              151.25
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                   2,363.26                2,363.26
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 05/26/08                /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE